DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEBORAH ANN BALDWIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-0209
_____

July 10, 2024

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach; and Clay W. Oberhousen, Regional Counsel, Second District, Office of Criminal Conflict and Civil Regional Counsel, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.